# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH CONDERCURI,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-721-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Doc. No. 31) filed on July 23, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed July 23, 2010 (Doc. No. 32) is ADOPTED and CONFIRMED and made a part of this Order.

2.　　The Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Doc. No. 31) is GRANTED.

      3.      The fully favorable decision of the Commissioner following remand is hereby AFFIRMED.

      4.      The Clerk is directed to enter a Judgment in favor of Plaintiff affirming the fully favorable decision of the Commissioner following remand.

      5.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 9, 2010.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge